

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2022

No. 04-22-00601-CR

**EX PARTE** Federico Contreras **SANCHEZ**

From the County Court, Kinney County, Texas
Trial Court No. 12649CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

The court reporter has filed a notification of late reporter's record, requesting an extension until October 10, 2022. We GRANT her request and ORDER her to file the reporter's record on or before October 10, 2022.

_____
Liza A. Rodriguez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court

